AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Columbia

Linda D. Lykens

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:07CV00020

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 01/3/2007

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' *PRO SE* (name and address)

Linda D. Lykens
P.O. Box 408
Twin Lake, Michigan
49457

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JAN - 3 2007
DATE

(By) DEPUTY CLERK

⸛AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  JAN 17, 2007 |
| NAME OF SERVER *(PRINT)*  JOSEPH J. GONGALSKI | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY CERTIFIED MAIL NUMBER 7004 1160 0004 4791 7933

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   FEB 1, 2007        *(signature)* Joseph J. Gongalski
                  Date                         Signature of Server

1519 LAKESHORE DR, MUSKEGON, MI 49441
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CIVIL PROCESS CLERK
ALBERTO GONZALES
UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE
WASHINGTON, DISTRICT OF COLUMBIA
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ JAN 22 /07
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4791 7933

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20530

| | |
|---|---|
| Postage | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.88 |

Postmark Here   01/17/2007

7421 Summons
Sent To: CIVIL PROCESS CLERK ALBERTO GONZALES
UNITED STATES ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: 950 PENNSYLVANIA AVENUE
City, State, ZIP+4: WASHINGTON DISTRICT OF COLUMBIA 20530

PS Form 3800, June 2002   See Reverse for Instructions