AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Linda D. Lykens

V.

UNITED STATES GOVERNMENT

### SUMMONS IN A CIVIL ACTION

CASE NUMBER   1:07CV00020

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 01/~~3~~/2007

TO: (Name and address of Defendant)

Civil Process Clerk
Jeffrey A. Taylor
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~████~~ *PROSE* (name and address)

Linda D. Lykens
P.O. Box 408
Twin Lake, Michigan
49457

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

_(By) DEPUTY CLERK_

JAN - 3 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  FEB 10, 2007 |
| NAME OF SERVER *(PRINT)*  JOSEPH J. GONGALSKI | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): BY CERTIFIED MAIL NUMBER 7006 2760 0003 3497 0330

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEB 20, 2007
              *Date*

Signature of Server

1519 LAKESHORE DR. MUSKEGON, MI 49441
*Address of Server*

CORRECTED
ADDRESS
OF
U S ATTORNEY
555 4th
WASHINGTON, DC 20530

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JEFFREY A. TAYLOR
United States Attorney
District of Columbia
Judiciary Center
Building 555 4th Street, NW
Washington, DC 20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _Daniel L Parkin_   ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)  FEB 13 2007   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7006 2760 0003 3497 0330

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | |
|---|---|
| Postage | $  $0.87 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $  $5.12 |

Postmark Here   FEB 10 2007

Sent To   Jeffrey A. Taylor
Street, Apt. No. or PO Box No.   United States Attorney, DC
                                  Judiciary Center
City, State, ZIP+4   Building 555 4th Stree, NW
                     Washington, DC 20530

7006 2760 0003 3497 0330

PS Form 3800