UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA D. LYKENS, et al.,<br><br>    Plaintiffs,<br><br>           v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No.  07-0020 (JDB) |

## ORDER

    Defendant filed a motion to dismiss the original complaint on March 30, 2007.  Plaintiff then filed an amended complaint on April 12, 2007, joining Stephen W. Lykens as a plaintiff and supplementing the factual allegations.  Under Fed. R. Civ. P. 15(a), a party may amend its pleading "once as a matter of course at any time before a responsive pleading is served."  A motion to dismiss is not a responsive pleading.  James V. Hurson Associates, Inc. v. Glickman, 229 F.3d 277, 283 (D.C. Cir. 2000).  Furthermore, an amended complaint supersedes the original complaint, and thus becomes the operative complaint in the litigation.  See Adams v. Quattlebaum, 219 F.R.D. 195, 197 (D.D.C. 2004); see generally 6 Charles Alan Wright, Arthur R. Miller & Mary K. Kane, Federal Practice and Procedure § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case and any subsequent motion made by an opposing party should be directed at the amended pleading.") (footnotes omitted).

    Accordingly, it is hereby

    ORDERED that defendant's motion to dismiss the original complaint is denied without

prejudice; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 15(a), defendant shall file its response to the amended complaint by not later than April 26, 2007. If a motion to dismiss is filed, plaintiffs' response shall be filed by not later than May 17, 2007, and defendant's reply shall be filed by not later than May 31, 2007.

/s/
JOHN D. BATES
United States District Judge

Date:   April 19, 2007