UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA D. LYKENS AND<br>STEPHEN W. LYKENS,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No. 07-0020 (JDB) |

## ORDER

Upon consideration of [#9] defendant's motion to dismiss the amended complaint, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**.

/s/
JOHN D. BATES
United States District Judge

Date:   December 12, 2007